IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

MARY E. DANLEY,

    Plaintiff,

v.                              No. 04-5129-CV-SW-SWH

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

**XX** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED**

that this case is reversed and remanded to the Social Security Administration pursuant to 42 U.S.C. section 405 (g), sentence four, for the purposes outlined in the briefing of the parties and as set forth in this Order; and

**IT IS FURTHER ORDERED**

that the Commissioner is directed to use her best efforts to complete the review within 180 days from the date of this Order.

                                                         Patricia L. Brune
                                                         Clerk of the Court

                                                         /s/ Bonnie J. Rowland
                                                         Deputy Clerk

Date:    January 30, 2006